IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 C 1279 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; CHASE HOME FINANCE, LLC; and DOES 1-5, | ) ) ) ) | Judge James B. Zagel  Magistrate Judge Michael Thomas Mason |
| Defendants. | ) | |

CHASE HOME FINANCE LLC'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Chase Home Finance LLC ("Chase") hereby moves for entry of an order granting it an additional twenty-one days, to and including April 28, 2008, to respond to Plaintiff's Complaint in this matter, and states as follows in support.

1.     Plaintiff filed this action against Chase on March 3, 2008. Plaintiff's Complaint purports to assert a claim against Chase for rescission under the Truth in Lending Act, 15 U.S.C. § 1635. Chase was served with the Complaint on March 18, 2008, and its response is presently due on April 7, 2008.

2.     Chase requires additional time to prepare its response to Plaintiff's Complaint and hereby requests a short extension of time to do so.

Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order allowing it an extension of time, to and including April 28,

2008, to respond to Plaintiff's Complaint in this matter, and for any other relief the Court deems proper under the circumstances.

Date:   April 1, 2008                    CHASE HOME FINANCE LLC


                                         By:   /s/ Robert J. Emanuel
                                                   One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

465133.1