**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Marietta Briscoe

                                           Plaintiff,

v.                                                        Case No.: 1:08–cv–01279
                                                                 Honorable James B. Zagel

Deutsche Bank National Trust Company, et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

       MINUTE entry before Judge Honorable James B. Zagel:Defendant Chase's motion for extension of time until 4/28/2008 to answer or otherwise plead [6] is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.