## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Marietta Briscoe, on behalf of herself and those similarly situated, Plaintiff
v.
Deutsche Bank National Trust Company, et al.,
Defendants

Case Number: 08 C 1279

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Deutsche Bank National Trust Company, et al.

| | |
|---|---|
| NAME (Type or print) |  |
| Jodi Rosen Wine | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ *[signature]* | |
| FIRM | |
| Nixon Peabody LLP | |
| STREET ADDRESS | |
| 161 North Clark Street, 48th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601-3213 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209883 | 312-425-3900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐