## CERTIFICATE OF SERVICE

The undersigned certifies that the **Attorney Appearance of Jodi Rosen Wine**, on behalf of **Defendant Deutsche Bank National Trust Company,** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

/s/ Jodi Rosen Wine
Attorney for Defendant Deutsche
Bank National Trust Company

10969525.1