IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Marietta Briscoe, on behalf of herself and those similarly situated,** | ) ) ) | |
| Plaintiff | ) | Case No. 08-C 1279 |
| v. | ) ) | Judge James B. Zagel |
| **Deutsche Bank National Trust Company, et al.** | ) ) | Mag. Judge Michael T. Mason |
| Defendants | ) | |

**AGREED MOTION FOR EXTENSION OF**
**TIME TO ANSWER THE COMPLAINT**

Defendant Deutsche Bank National Trust Company ("DBNTC"), by its attorneys, hereby moves this Court for entry of an order extending the time for it to answer the Complaint until April 28, 2008. In support of its motion, Deutsche Bank states as follows:

1. The undersigned counsel was only recently retained in this matter. Accordingly, counsel is unable to complete the factual investigation necessary to answer the Complaint within the time allotted.

3. The undersigned counsel spoke with counsel for plaintiff, who has agreed to allow DBNTC an extension until April 28, 2008 to answer or otherwise plead to the Complaint.

- 2 -

Wherefore, Defendant Deutsche Bank National Trust Company respectfully requests entry of an order extending the time to answer or otherwise plead to the Complaint, until April 28, 2008.

Dated: April 4, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Deutsche Bank National Trust Company


　　　　　　　　　　　　　　　　　　　　By: /s/ Jodi Rosen Wine
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jodi Rosen Wine
jwine@nixonpeabody.com
Nixon Peabody LLP
161 North Clark Street, Suite 4800
Chicago, IL 60601
Telephone: (312) 425-3900