IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Marietta Briscoe, on behalf of herself and those similarly situated,** | ) ) ) | |
| Plaintiff | ) | Case No. 08-C 1279 |
| v. | ) ) | Judge James B. Zagel |
| **Deutsche Bank National Trust Company, et al.** | ) ) ) | Mag. Judge Michael T. Mason |
| Defendants | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 10, 2008 at 10:15 a.m., or soon thereafter as the matter may be heard, before the Honorable Judge James B. Zagel, Courtroom 2503 of the above-entitled Court, or another judge sitting in his stead in the courtroom usually occupied by him, located in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, **Defendant Deutsche Bank National Trust Company's Motion for Extension of Time to Answer the Complaint**, a copy of which is attached hereto.

Dated: April 4, 2008

                                                        Respectfully submitted,
                                                        Deutsche Bank National Trust Company

                                                        By: /s/ Jodi Rosen Wine
                                                             One of Its Attorneys

Jodi Rosen Wine
jwine@nixonpeabody.com
Nixon Peabody LLP
161 North Clark Street, Suite 4800
Chicago, IL 60601
Telephone: (312) 425-3900

Attorney for Deutsche Bank National Trust Company

10968285.1

## CERTIFICATE OF SERVICE

The undersigned certifies that **Defendant Deutsche Bank National Trust Company's Notice of Motion** and **Motion for Extension of Time** were filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

/s/ Jodi Rosen Wine
Attorney for Defendant Deutsche
Bank National Trust Company

10968285.1