IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08 C 1279 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; CHASE HOME FINANCE, LLC; and DOES 1-5, | ) ) ) ) ) | Judge James B. Zagel<br><br>Magistrate Judge Michael Thomas Mason |
| Defendants. | ) | |

*AGREED* JOINT MOTION
FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Chase Home Finance LLC ("Chase") and Deutsche Bank National Trust Company ("DBNTC"), hereby move for entry of an order granting them an additional fourteen days, to and including May 12, 2008, to respond to Plaintiff's Complaint in this matter, and state as follows in support.

1. Plaintiff filed this action against Chase and DBNTC on March 3, 2008. Plaintiff's Complaint purports to assert claims against Chase and DBNTC for rescission under the Truth in Lending Act, 15 U.S.C. § 1635. Chase's and DBNTC's responsive pleadings are due April 28, 2008.

2. Chase and DBNTC require additional time to prepare their responses to Plaintiff's Complaint and hereby request a short extension of time to do so.

3. Plaintiff's counsel has agreed to a fourteen day extension of time to for defendants Chase and DBNTC to answer or otherwise plead.

Wherefore, Chase Home Finance LLC and Deutsche Bank National Trust Company respectfully request that this Court grant the present *agreed* motion and enter an order allowing them an extension of time, to and including May 12, 2008, to respond to Plaintiff's Complaint in this matter, and for any other relief the Court deems proper under the circumstances.

Date:   April 28, 2008

| CHASE HOME FINANCE LLC | DEUTSCHE BANK NATIONAL TRUST COMPANY |
|---|---|
| By:   /s/  Susan J. Miller<br>One of its attorneys | By:   /s/ Jodi Rosen Wine (with consent)<br>One of its attorneys |
| Robert J. Emanuel<br>Susan J. Miller<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, Illinois 60611-3607<br>Telephone:   (312) 840-7000<br>Facsimile:   (312) 840-7900 | Jodi Rosen Wine<br>Nixon Peabody LLP<br>161 North Clark Street<br>48th Floor<br>Chicago, IL 60601-3213<br>Telephone:   (312) 425-3900 |

467841.1