## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of April, 2008, a true and correct copy of the foregoing *Agreed* Joint Motion for Additional Time to Respond to Plaintiff's Complaint was filed electronically. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

/s/ Susan J. Miller