THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 C 1279 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; CHASE HOME FINANCE, LLC; and DOES 1-5, | ) ) ) ) | Judge James B. Zagel<br><br>Magistrate Judge Michael Thomas Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:　Al Hofeld, Jr.　　　　　　　　　　Jodi Rosen Wine
　　　Law Offices of Al Hofeld, Jr., LLC　　Nixon Peabody LLP
　　　and The Social Justice Project　　　161 N. Clark Street, 48th Floor
　　　208 South LaSalle Street, Suite 1650　Chicago, Illinois 60601
　　　Chicago, Illinois 60604　　　　　　Telephone:　(312) 425-8639
　　　Telephone:　(312) 345-1004　　　　Facsimile:　(866) 838-6374
　　　Facsimile:　(312) 346-3242

　　　PLEASE TAKE NOTICE that at 10:15 a.m. on the 1st day of May, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel in Room 2503, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC and Deutsche Bank National Trust Company's *Agreed* Joint Motion for Additional Time to Respond to Plaintiff's Complaint, a copy of which has been filed electronically and is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　CHASE HOME FINANCE LLC

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Susan J. Miller　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:　(312) 840-7000
Facsimile:　(312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of April, 2008, a true and correct copy of the foregoing Notice of *Agreed* Motion was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system.

/s/ Susan J. Miller

467927.1