IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; CHASE HOME FINANCE, LLC; and DOES 1-5,<br><br>        Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br><br>Magistrate Judge Michael Thomas Mason |

CHASE HOME FINANCE LLC'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)

Chase Home Finance LLC ("Chase"), hereby moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Count I of Plaintiff's Complaint, with prejudice. Chase submits the accompanying Memorandum in Support of its Motion to Dismiss Count I of Plaintiff's Complaint

WHEREFORE, Chase Home Finance LLC respectfully requests that this Court enter an Order dismissing Count I of Plaintiff's Complaint with prejudice, and for any other relief that the Court deems proper under the circumstances.

Date: May 30, 2008                              CHASE HOME FINANCE LLC

                                                                                   By:   /s/ Robert J. Emanuel
                                                                                           One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900

470624.1