THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DEUTSCHE BANK NATIONAL TRUST ) COMPANY, as Trustee; CHASE HOME ) FINANCE, LLC; and DOES 1-5, ) ) Defendants. ) | Case No. 08 C 1279<br><br>Judge James B. Zagel<br><br>Magistrate Judge Michael Thomas Mason |

### NOTICE OF MOTION

To:  Al Hofeld, Jr.                                    Jodi Rosen Wine
     Law Offices of Al Hofeld, Jr., LLC               Nixon Peabody LLP
     and The Social Justice Project                    161 North Clark Street, 48th Floor
     208 South LaSalle Street, Suite 1650              Chicago, IL 60601-3213
     Chicago, Illinois 60604                           Telephone:   (312) 425-3900
     Telephone:   (312) 345-1004                       Facsimile:   (312) 425-3909
     Facsimile:   (312) 346-3242

PLEASE TAKE NOTICE that at 10:15 a.m. on the 5th day of June, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel in Room 2503, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), and Supporting Memorandum, copies of which have been filed electronically and are herewith served upon you.

                                        CHASE HOME FINANCE LLC

                                        By:   /s/ Robert J. Emanuel
                                                  One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 30th day of May, 2008, a true and correct copy of the foregoing Notice of Motion, Chase Home Finance LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), and Supporting Memorandum, referred to therein, was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

| | |
|---|---|
| Al Hofeld, Jr.<br>Law Offices of Al Hofeld, Jr., LLC<br>and The Social Justice Project<br>208 South LaSalle Street, Suite 1650<br>Chicago, Illinois 60604<br>Telephone:  (312) 345-1004<br>Facsimile:  (312) 346-3242<br>E-mail: al@alhofeldlaw.com | Jodi Rosen Wine<br>Nixon Peabody LLP<br>161 North Clark Street, 48th Floor<br>Chicago, IL 60601-3213<br>Telephone:  (312) 425-3900<br>Facsimile:  (312) 425-3909<br>Email: jwine@nixonpeabody.com |

/s/ Robert J. Emanuel

470634.1