IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>  Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

## MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee ("DBNTC"), hereby moves the Court for an order permitting withdrawal of its counsel of record, Jodi Rosen Wine of Nixon Peabody LLP ("Nixon Peabody"), and appearance of substitute counsel, Kevin B. Dreher of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), on its behalf in this action. DBNTC respectfully submits that said substitution of counsel is in the interests of justice and that this motion is not made for purposes of delay or any other improper purpose. DBNTC, Nixon Peabody, and Morgan Lewis each consent to such withdrawal and substitution of counsel.

Counsel for Plaintiff, Al Hofeld, Jr. of the Law Offices of Al Hofeld, Jr., LLC, was informed of DBNTC's proposed substitution on May 30, 3008. Mr. Hofeld stated that Plaintiff does not oppose this motion. In addition, given DBNTC's proposed substitution, counsel for Plaintiff agreed to allow DBNTC an extension to June 13, 2008 to answer or otherwise respond to the Complaint. This extension of time is the subject of an Agreed Motion filed separately.

WHEREFORE, DBNTC respectfully requests that this Court enter an Order permitting withdrawal and substitution of counsel for DBNTC, update the Court's ECF system for this case by removing Jodi Rosen Wine of Nixon Peabody as counsel of record and substituting in Kevin B. Dreher of Morgan Lewis as counsel of record for DBNTC, and that all future communications regarding this case be directed to:

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001
E-mail: kdreher@morganlewis.com

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee**

By:  /s/ Kevin B. Dreher
　　　　　One of Its Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001
E-mail: kdreher@morganlewis.com

**Nixon Peabody LLP**

By:  /s/ Jodi Rosen Wine
　　　　　One of Its Attorneys

Jodi Rosen Wine
Nixon Peabody LLP
161 North Clark Street, Suite 4800
Chicago, IL 60601
Telephone: (312) 425-3900
E-mail: jwine@nixonpeabody.com

I, Kevin B. Dreher, am the ECF User whose ID and password are being used to file this MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL.  I hereby attest that the signatory identified above has concurred in this filing.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>       Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

## **[PROPOSED] ORDER**

Having reviewed and considered Defendant Deutsche Bank National Trust Company, as trustee's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Jodi Rosen Wine of Nixon Peabody LLP be permitted to withdraw as counsel of record and that Kevin B. Dreher of Morgan Lewis and Bockius LLP may appear as substitute counsel of record for Deutsche Bank National Trust Company, as trustee. The Court's ECF system shall be updated to reflect these changes.

    **IT IS SO ORDERED.**

DATED: _____

                                                           Hon. James B. Zagel
                                                           United States District Judge

## CERTIFICATE OF SERVICE

  I, Kevin B. Dreher, hereby certify that on May 30, 2008, I electronically filed the Motion for Order Permitting Withdrawal of Counsel and Substitution of Counsel and Proposed Order with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filing to the following:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
al@alhofeldlaw.com
*Attorney for Plaintiff*


Robert Jerald Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
remanuel@burkelaw.com

Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
smiller@burkelaw.com
*Attorneys for Defendant Chase Home Finance, LLC*

Jodi Rosen Wine
Nixon Peabody LLP
161 North Clark Street, Suite 4800
Chicago, IL 60601
(312) 425-3900
jwine@nixonpeabody.com

                    /s/ Kevin B. Dreher
                    Kevin B. Dreher