IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that June 5, 2008 at 10:15 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James B. Zagel, Courtroom 2503 of the above-entitled Court, or another judge sitting in his stead in the courtroom usually occupied by him, located in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois 60604, the Court will hear Defendant Deutsche Bank National Trust Company, as trustee's Motion for Order Permitting Withdrawal and Substitution of Counsel, a copy of which is attached hereto.

Dated: May 31, 2008

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee**

By:  /s/ Kevin B. Dreher
One of Its Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

Counsel for Deutsche Bank National
Trust Company, as trustee

**CERTIFICATE OF SERVICE**

  I, Kevin B. Dreher, hereby certify that on May 31, 2008, I electronically filed Defendant Deutsche Bank National Trust Company, as trustee's Notice of Motion and Motion for Order Permitting Withdrawal and Substitution of Counsel with the Clerk of the Court using the Court's Electronic Case Filing System in compliance with the General Order on electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

                /s/ Kevin B. Dreher
                Counsel for Defendant Deutsche
                Bank National Trust Company, as trustee

1-SF/7709907.1