# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>      Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Deutsche Bank National Trust Company, as trustee ("DBNTC") hereby moves this Court for entry of an order extending the time for it to answer or otherwise respond to the Complaint until June 13, 2008. In support of this agreed motion, DBNTC states as follows:

1. The undersigned counsel was recently retained in this matter and filed on May 30, 2008 a Motion for Order Permitting Withdrawal and Substitution of Counsel (Docket Entry No. 21). Accordingly, counsel is unable to complete the factual investigation necessary to answer or otherwise respond to the Complaint within the time alotted.

2. Counsel for DBNTC spoke with Plaintiff's counsel, Al Hoferd, Jr., on May 30, 2008 at which time Mr. Hoferd, on behalf of his client, agreed to extend DBNTC's time to answer or otherwise respond to the Complaint by fourteen (14) days, up to and including June 13, 2008.

WHEREFORE, DBNTC respectfully requests that the Court enter an Order extending DBNTC's time to answer or othewise respond to the Complaint until June 13, 2008.

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee**


By:  /s/ Kevin B. Dreher
        One of Its Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

**CERTIFICATE OF SERVICE**

      I, Kevin B. Dreher, hereby certify that on May 31, 2008, I electronically filed the attached AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filing to the following:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
al@alhofeldlaw.com
*Attorney for Plaintiff*

Robert Jerald Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
remanuel@burkelaw.com

Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
smiller@burkelaw.com
*Attorneys for Defendant Chase Home Finance, LLC*

                                                /s/ Kevin B. Dreher
                                                Kevin B. Dreher