IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>      Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Kevin B. Dreher of Morgan, Lewis & Bockius LLP, 77 W. Wacker Drive, 5th Floor, Chicago, Illinois 60601, telephone: (312) 324-1000, facsimile number: (312) 324-1001, e-mail: kdreher@morganlewis.com hereby appears as counsel for Defendant Deutsche Bank National Trust Company, as trustee, in this action. Counsel respectfully requests that they be included via email on the Court's notification of all electronic filings in this action

      Respectfully submitted,

      **DEUTSCHE BANK NATIONAL TRUST**
      **COMPANY, as trustee**


      By: /s/ Kevin B. Dreher
                One of Its Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: 312-324-1000
Facsimile: 312-324-1001
E-mail: kdreher@morganlewis.com

**CERTIFICATE OF SERVICE**

  I, Kevin B. Dreher, hereby certify that on June 5, 2008, I electronically filed the attached Notice of Appearance with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filing to the following:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
al@alhofeldlaw.com
*Attorney for Plaintiff*


Robert Jerald Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
remanuel@burkelaw.com

Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
smiller@burkelaw.com
*Attorneys for Defendant Chase Home Finance, LLC*

                    /s/ Kevin B. Dreher
                    Kevin B. Dreher

1-SF/7711803.1