**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
**Eastern Division**

Marietta Briscoe
                                  Plaintiff,

v.                                                 Case No.: 1:08–cv–01279
                                                        Honorable James B. Zagel

Deutsche Bank National Trust Company, et al.
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/5/2008. MOTION by Defendant Chase Home Finance, LLC to dismiss plaintiff's complaint pursuant to Federal Rule 12(b)(6) 18] response due 7/3/2008. MOTION by Defendant Deutsche Bank National Trust Company to substitute attorney [21] is granted. MOTION by Defendant Deutsche Bank National Trust Company for extension of time until 6/20/2008 to file answer or otherwise respond to complaint [23] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.