**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee; CHASE HOME FINANCE, LLC,<br><br>       Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br>Mag. Judge Michael T. Mason |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

With Plaintiff's agreement, Defendant Deutsche Bank National Trust Company, as trustee ("DBNTC"), hereby moves this Court for entry of an order extending the time for it to answer or otherwise respond to the Complaint until June 27, 2008. In support of this agreed motion, DBNTC states as follows:

1.     DBNTC remains in the process of completing its factual investigation necessary to answer or otherwise respond to the Complaint. Since DBNTC retained the undersigned, counsel for DBNTC and Plaintiff's counsel, Al Hofeld, Jr., have communicated on multiple occasions regarding the factual allegations in the Complaint and the exhibits thereto. As the direct result of these communications, Plaintiff is considering amending her Complaint by no later than June 27, 2008.

2.     Counsel for DBNTC spoke with Plaintiff's counsel, Al Hofeld, Jr., on June 19, 2008, at which time Mr. Hofeld, on behalf of his client, agreed to extend DBNTC's time to answer or otherwise respond to the Complaint by an additional seven (7) days, up to and

including June 27, 2008, as well as confirmed that Plaintiff likely will file an amended complaint by no later than June 27, 2008.

WHEREFORE, DBNTC, with Plaintiff's agreement, respectfully requests that the Court enter an Order extending DBNTC's time to answer or otherwise respond to the Complaint until June 27, 2008.

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee**

By:  /s/ Kevin B. Dreher
                     One of Its Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

## <u>CERTIFICATE OF SERVICE</u>

  I, Kevin B. Dreher, hereby certify that on June 19, 2008, I electronically filed the attached AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filing to the following:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
al@alhofeldlaw.com
*Attorney for Plaintiff*

Robert Jerald Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
remanuel@burkelaw.com

Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
smiller@burkelaw.com
*Attorneys for Defendant Chase Home Finance, LLC*

/s/ Kevin B. Dreher
Kevin B. Dreher
