### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MARIETTA BRISCOE, on behalf of herself
and others similarly situated,

        Plaintiff,

    v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as trustee; CHASE HOME
FINANCE, LLC,

        Defendants.

Case No. 08 C 1279

Judge James B. Zagel
Mag. Judge Michael T. Mason

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on August 7, 2008 at 10:15 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James B. Zagel, Courtroom 2503 of the above-entitled Court, or another judge sitting in his stead in the courtroom usually occupied by him, located in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois 60604, the Court will hear Defendants Deutsche Bank National Trust Company's and Deutsche Bank National Trust Company, as trustee's Agreed Motion for Extension of Time to Answer or Otherwise Respond to Amended Complaint, a copy of which is attached hereto.

Dated: July 15, 2008

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST
COMPANY and DEUTSCHE BANK
NATIONAL TRUST COMPANY, as trustee**

By:   /s/ Kevin B. Dreher
                One of Their Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

Counsel for Deutsche Bank National
Trust Company and Deutsche Bank National
Trust Company, as trustee

**CERTIFICATE OF SERVICE**

      I, Kevin B. Dreher, hereby certify that on July 15, 2008, I electronically filed Defendants Deutsche Bank National Trust Company's and Deutsche Bank National Trust Company, as trustee's Notice of Agreed Motion and Agreed Motion for Extension of Time to Answer or Otherwise Respond to Complaint with the Clerk of the Court using the Court's Electronic Case Filing System in compliance with the General Order on electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.


                      /s/ Kevin B. Dreher
                      Counsel for Defendant Deutsche
                      Bank National Trust Company, as trustee


DB2/20761887.1