# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marietta Briscoe

                                         Plaintiff,

v.                                                    Case No.: 1:08–cv–01279
                                                          Honorable James B. Zagel

Deutsche Bank National Trust Company, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 7/16/2008. Deutsche Bank's motion for extension of time to answer [31] is granted. Motion to dismiss [18] is granted. Chase Home Finance, LLC terminated. Status hearing set for 8/6/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.