**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,   Plaintiff,   v.   DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY NCHET 2005-C, N.A.,   Defendants. | Case No. 08 C 1279   Judge James B. Zagel   Mag. Judge Michael T. Mason |

**MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, IN ITS INDIVIDUAL CAPACITY, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Deutsche Bank National Trust Company ("DBNTC, in its individual capacity") and Deutsche Bank National Trust Company, as trustee for New Century NCHET 2005-C, N.A. ("DBNTC, as trustee"), hereby move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's First Amended Complaint (the "FAC") with prejudice. DBNTC, in its individual capacity, and DBNTC, as trustee, submit the accompanying Memorandum in Support of their Motion to Dismiss Plaintiff's FAC.

WHEREFORE, DBNTC, in its individual capacity, and DBNTC, as trustee, respectfully request that this Court enter an Order dismissing Plaintiff's FAC with prejudice, and for any other relief that the Court deems just and proper.

Dated: August 7, 2008                                   Respectfully submitted,

                                                    **DEUTSCHE BANK NATIONAL TRUST COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee**


                                                    By:   /s/ Kevin B. Dreher
                                                              One of Their Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

Counsel for Deutsche Bank National
Trust Company and Deutsche Bank National
Trust Company, as trustee