**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIETTA BRISCOE, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY NCHET 2005-C, N.A.,<br><br>   Defendants. | Case No. 08 C 1279<br><br>Judge James B. Zagel<br><br>Mag. Judge Michael T. Mason |

**NOTICE OF MOTION TO DISMISS**

  PLEASE TAKE NOTICE that on August 14, 2008 at 10:15 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James B. Zagel, Courtroom 2503 of the above-entitled Court, or another judge sitting in his stead in the courtroom usually occupied by him, located in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois 60604, the Court will hear Defendants Deutsche Bank National Trust Company's and Deutsche Bank National Trust Company, As Trustee For New Century NCHET 2005-C, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint, a copy of which is attached hereto.

Dated: August 7, 2008           Respectfully submitted,

                  **DEUTSCHE BANK NATIONAL TRUST
                  COMPANY and DEUTSCHE BANK
                  NATIONAL TRUST COMPANY, as trustee**

                  By: /s/ Kevin B. Dreher
                      One of Their Attorneys

Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: 312-324-1000
Facsimile: 312-324-1001

Counsel for Deutsche Bank National
Trust Company and Deutsche Bank National
Trust Company, as trustee

**CERTIFICATE OF SERVICE**

      I, Kevin B. Dreher, hereby certify that on August 7, 2008, I electronically filed Defendants Deutsche Bank National Trust Company's and Deutsche Bank National Trust Company, As Trustee For New Century NCHET 2005-C, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint with the Clerk of the Court using the Court's Electronic Case Filing System in compliance with the General Order on electronic Case Filing, Section III(B)(1).  As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

                                                /s/ Kevin B. Dreher
                                                Counsel for Defendants Deutsche Bank National Trust Company and Deutsche Bank National Trust Company, as trustee

DB2/20799363.2