UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Marietta Briscoe
                                                 Plaintiff,

v.                                                        Case No.: 1:08–cv–01279
                                                                       Honorable James B. Zagel

Deutsche Bank National Trust Company, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 8/14/2008 regarding motion to dismiss [37]. Motion to dismiss [37] response due by 9/5/2008. Reply due by 9/19/2008.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.